

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| In the Matter of the Marriage of Bonnie Allen Thomas and Lloyd Griffith Thomas<br><br>No. 06-20-00091-CV | Appeal from the 18th District Court of Johnson County, Texas (Tr. Ct. No. DC-D202000937). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Bonnie Allen Thomas, pay all costs incurred by reason of this appeal.

RENDERED MARCH 9, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk